NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000801
30-NOV-2012
09:04 AM**

NO. CAAP-11-0000801

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


AWI MANAGEMENT CORPORATION, Plaintiff-Appellee v.
JANIS COWSER, Defendant-Appellant


APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3RC-11-1-500)


SUMMARY DISPOSITION ORDER
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Defendant-Appellant Janis Cowser (**Cowser**) appeals *pro se* from the February 3, 2012 Judgment for Possession and Writ of Possession, entered by the District Court of the Third Circuit (**District Court**),[1] in favor of Plaintiff-Appellee AWI Management Corp. and against Cowser.

Cowser's opening brief fails to even minimally comply with the requirements of Hawaiʻi Rules of Appellate Procedure Rule 28, including failure to identify any points of error on appeal, and fails to provide any discernible argument in favor of vacating or reversing the District Court's Judgment for Possession and Writ of Possession. Upon careful review of the parties' submissions and the record of the District Court proceedings, we conclude that Cowser's appeal is without merit.

---

[1] The Honorable Harry P. Freitas presided.

Therefore, the District Court's February 3, 2012 Judgment for Possession and Writ of Possession are affirmed.

DATED:   Honolulu, Hawai'i, November 30, 2012.

On the briefs:

Janis Cowser
Pro Se Defendant-Appellant

Newton J. Chu
John S. Mackey
Jennifer L. Zelko
(Torkildson, Katz, Moore,
  Hetherington & Harris)
for Plaintiff-Appellee

Presiding Judge

Associate Judge

Associate Judge

2